```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AKESODE ADEMOLA FAROUK,

                            Plaintiff,                      20-CV-00418 (PGG) (SN)

            -against-                              **SUGGESTION OF**
NY DOE, et al.,                                           **DEATH ORDER**

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On May 18, 2020, Defendants filed a Notice of Suggestion Death concerning *pro se* Plaintiff Akesode Ademola Farouk (the "decedent"). ECF No. 17. The Court offers its condolences to his family.

       Pursuant to Federal Rule of Civil Procedure 25(a), the decedent's successor or representative must move to substitute the proper within 90 days after service of the Notice. If such motion is not made within 90 days, or by August 16, 2020, the action by the decedent "must be dismissed." Fed. R. Civ. P. 25(a).

**SO ORDERED.**

                                                                        _____
                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:       June 11, 2020
                      New York, New York

cc:            Estate of Akesode Ademola Farouk (*by chambers*)
              3290 Bouer Avenue, 2nd Floor
              Bronx, NY 10475